### John B. DeVoney and Otto Price, Defendants in Error, v. Howard Cooper, Plaintiff in Error.

### Gen. No. 20,216.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOHN COURT-NEY, Judge, presiding.   Heard in the Branch Appellate Court at the March term, 1914.   Reversed and remanded.   Opinion filed January 5, 1915.

### Statement of the Case.

Action in forcible detainer by John B. DeVoney and Otto Price against Howard Cooper for the possession of a third floor flat leased to the defendant for a period of two years at a rental payable in monthly instalments of twenty dollars each.   At the trial a verdict was rendered in favor of the plaintiffs, a motion for new trial was denied and judgment was rendered on the verdict, whereupon defendant brought error.

WALTER J. MILLER and WALTER L. WENGER, for plaintiff in error.

I. B. PERLMAN, for defendants in error; M. A. MILKE-WITCH, of counsel.

MR. JUSTICE SMITH delivered the opinion of the court.

### Abstract of the Decision.

LANDLORD AND TENANT, § 73*—*what agreement does not modify lease.* In an action of forcible detainer, evidence that the lessor entered into an agreement with the lessee whereby the latter, in consideration of being deprived of part of his premises, was to occupy such premises without paying rent while certain alterations were being made was erroneuosly excluded, since such agreement was not a modification of the lease.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.